# Court of Appeals
# of the State of Georgia

ATLANTA,___October 09, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15A0287. LISA JOSEPH v. CITI MORTGAGE, INC.

Citi Mortgage, Inc. obtained a writ of possession against Lisa Joseph in magistrate court. Joseph appealed to the superior court, which issued a final order granting a writ of possession to Citi Mortgage. Joseph then filed this direct appeal. We lack jurisdiction.

Because the case reached the superior court by virtue of a de novo appeal from magistrate court, Joseph was required to follow the discretionary appeal procedures to seek appellate review in this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,_____10/09/2014_____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*